THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED KAMMERER, Appellant, *v.* JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Submitted February 27, 1939; decided April 4, 1939.

*Fred Kammerer*, appellant, in person.

*John J. Bennett, Jr., Attorney-General (Patrick H. Clune* and *Edward T. Boyle* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.